

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

### O R D E R

The appellant's brief in this appeal was originally due May 20, 2015. We granted the appellant, Dawn Renee Garza, an extension until July 24, 2015, to file the brief. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER Dawn Renee Garza to file, on or before **August 24, 2015**, her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by her failure to timely file a brief. **If Dawn Renee Garza fails to file a brief and the written response by the date ordered, we will dismiss this appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court